441 A.2d 773

Commonwealth v. Beechwood, Jr., Appellant.

Argued April 7, 1981. John Joseph Szajna, for appellant; Robert P. Brendza, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The judgment of sentence of the lower court is hereby affirmed.